United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS YAU,

Plaintiff(s),

v.

SAINT FRANCIS MEMORIAL HOSPITAL,

Defendant(s).
_______________________________________/

No. C-13-02558 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for September 4, 2013 has been CONTINUED to **October 9, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **October 2, 2013.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. **Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.**

IT IS SO ORDERED.

Dated: September 3, 2013



DONNA M. RYU
United States Magistrate Judge