UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS YAU,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SAINT FRANCIS MEMORIAL HOSPITAL,<br><br>　　　　Defendant(s).<br>_____/ | No. C-13-02558 DMR<br><br>**ORDER TAKING PLAINTIFF'S MOTION TO STAY UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The court has received Plaintiff Doris Yau's motion to stay these proceedings (Docket No. 24), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 12, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

　　　　IT IS SO ORDERED.

Dated: November 12, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　United States Magistrate Judge