United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS YAU, | No. C-13-02558 DMR |
| Plaintiff(s), | **ORDER TAKING PLAINTIFF'S MOTION TO STAY UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| SAINT FRANCIS MEMORIAL HOSPITAL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff Doris Yau's motion to stay these proceedings (Docket No. 24), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 12, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge