United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS YAU,<br><br>          Plaintiff,<br><br>     v.<br><br>SAINT FRANCIS MEMORIAL HOSPITAL,<br><br>          Defendants.<br>_____/ | No. C-13-02558 DMR<br><br>**ORDER TO FILE PROPOSED AMENDED COMPLAINT** |

On February 6, 2014, Plaintiff Doris Yau filed a motion for leave to amend the Complaint. [Docket No. 32.] However, Plaintiff did not submit a proposed Amended Complaint. Accordingly, by no later than **February 28, 2014,** Plaintiff shall file her proposed Amended Complaint. By March 5, 2014, Defendants Saint Francis Memorial Hospital and Dignity Health shall file any opposition or statement of non-opposition to Plaintiff's motion.

IT IS SO ORDERED.

Dated: February 24, 2014

_____
DONNA M. RYU
United States Magistrate Judge