UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS YAU,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SAINT FRANCIS MEMORIAL HOSPITAL,<br><br>        Defendant(s).<br>_____/ | No. C-13-02558 DMR<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO AMEND** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Defendants' statement of non-opposition to Plaintiff's proposed amended complaint. [Docket No. 38.] Accordingly, as Plaintiff's motion to amend the complaint is moot, the March 13, 2014 hearing on Plaintiff's motion to amend the complaint is hereby VACATED.

IT IS SO ORDERED.

Dated: March 6, 2014

_____
DONNA M. RYU
United States Magistrate Judge