AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Doris Yau

　　　　　　　Plaintiff (s),

V.

St. Francis Memorial Hospital

　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-02558 DMR

Notice is hereby given that, subject to approval by the court, __Doris Yau__ substitutes
(Party (s) Name)

__Katherine Debski__, State Bar No. __271528__ as counsel of record in
(Name of New Attorney)

place of __Doris Yau (pro se)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　Bain Mazza & Debski LLP
　　Address:　　　951 Mariner's Island Blvd.
　　Telephone:　　(650) 378-1472　　　　　　Facsimile  (650) 763-3933
　　E-Mail (Optional):　kdebski@bmdlegal.com

I consent to the above substitution.

Date:　11/6/2014

s/Doris Yau
(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:　11/6/2014

s/Katherine Debski
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　11/12/14

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]