AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Doris Yau

Plaintiff(s),

V.

St. Francis Memorial Hospital

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-13-02558 DMR

Notice is hereby given that, subject to approval by the court, __Doris Yau__ (Party(s) Name) substitutes __Laura Mazza__ (Name of New Attorney), State Bar No. __259133__ as counsel of record in place of __Doris Yau (pro se)__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Bain Mazza & Debski LLP
- Address: 951 Mariner's Island Blvd.
- Telephone: (650) 378-1472    Facsimile (650) 763-3933
- E-Mail (Optional): lmazza@bmdlegal.com

I consent to the above substitution.
Date: 11/6/2014

s/Doris Yau
(Signature of Party(s))

I consent to being substituted.
Date:

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/6/2014

s/Laura Mazza
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/12/14

[signature]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]