**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS YAU,

    Plaintiff(s),

    v.

SAINT FRANCIS MEMORIAL HOSPITAL,

    Defendant(s).

No. C-13-02558 DMR

**ORDER TO SHOW CAUSE**

Plaintiff Doris Yau filed a motion for leave to file a second amended complaint on November 10, 2014. Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiff's motion was due on November 24, 2014, but no such opposition has been received. <u>Defendants Saint Francis Memorial Hospital and Dignity Health are ordered to respond by December 2, 2014, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendants do not respond by December 2, 2014, Plaintiff's motion may be granted.

    IT IS SO ORDERED.

Dated: November 26, 2014



_____
DONNA M. RYU
United States Magistrate Judge