UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS YAU,  No. C-13-02558 DMR

    Plaintiff(s),  **ORDER DISCHARGING OSC**

  v.

SAINT FRANCIS MEMORIAL HOSPITAL,

    Defendant(s).

_____/

The court has received Defendants' response to the November 26, 2014 Order to Show Cause. The Order to Show Cause is discharged.

IT IS SO ORDERED.

Dated: December 2, 2014

                                          DONNA M. RYU
                                          United States Magistrate Judge