UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS YANPING YAU,<br><br>    Plaintiff,<br><br>    v.<br><br>SAINT FRANCIS MEMORIAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 13-cv-02558-DMR<br><br>**ORDER TO FILE EEOC CHARGE** |

The court has reviewed Defendants' motion for summary judgment (Docket No. 94), which is set for hearing on May 21, 2015 at 11:00 a.m. In the motion, Defendants refer to Plaintiff's fifth EEOC charge, filed on January 14, 2014. (*See* Defs.' Mot. 12.) However, the court is unable to locate a copy of this charge in the record. Therefore, by no later than **3:00 p.m. on May 20, 2015**, Defendants shall file either a statement identifying the location of the EEOC charge in the record or a copy of the charge itself.

**IT IS SO ORDERED.**

Dated: May 19, 2015



Donna M. Ryu
United States Magistrate Judge